No. —, original. TEXAS *v.* NEW MEXICO. November 11, 1935. The motion for leave to file the Bill of Complaint herein is granted and process is ordered to issue returnable on Monday, January 13, 1936. *Mr. William McCraw,* Attorney General of Texas, *Mr. H. Grady Chandler,* Assistant Attorney General, and *Messrs. Richard F. Burges* and *Edwin Mechem* for plaintiff, in support of the motion.

No. —, original. EX PARTE NORTHERN INSURANCE CO. OF NEW YORK. November 11, 1935. The motion for leave to file petition for writ of mandamus herein is denied. *Ex parte United States,* 287 U. S. 241, 248, 249. *Mr. J. L. Kohl* for petitioner.

No. 2. BAYSIDE FISH FLOUR CO. *v.* GENTRY ET AL. November 11, 1935. Pursuant to the stipulation of counsel the judgment entered in this case on October 14, 1935, *post,* p. 660, is vacated and set aside and the case is restored to the docket, to be submitted without oral argument upon briefs to be filed by the appellant on or before December 2 next and by appellees on or before December 16 next. [For later order and opinion, see 297 U. S.] *Mr. Roy Daily* for appellant. *Messrs. U. S. Webb* and *Ralph O. Marron* for appellees.

No. —, original. GEORGIA *v.* MORGENTHAU ET AL. November 11, 1935. Return to the rule to show cause presented. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris, Sewall Key, J. Louis Monarch,* and *Arnold Raum* were on the return to the rule to show cause.

No. 35. WALL ET AL. *v.* McNEE. Argued November 13, 1935. Decided November 18, 1935. *Per Curiam:* As appellants, de-